IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBRA BOEKEL,                   Case No. 3:11-cv-290

     Plaintiff,

                                              Judge Timothy S. Black

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

     Defendant.

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 2/17/12

                                                     Timothy S. Black
                                                     United States District Judge