# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DEBRA BOEKEL,**

    Plaintiff,

                                  **CASE NO.    3:11-CV-290**

**-vs-**

                                  **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is supported by substantial evidence, and **AFFIRMED**; and that the case is **CLOSED**.

Date:  March 6, 2012                          **JAMES BONINI, CLERK**

                                                    By: <u>s/ M. Rogers</u>
                                                    Deputy Clerk